United States District Court

Eastern District of California

Robert J. Ellis,

      Plaintiff,                No. Civ. S-06-0040 FCD PAN P

   vs.                    Order

D.L. Runnels, Warden,

      Defendant.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    To commence a civil action a plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

    Within 30 days from the day this order is signed plaintiff

1   may submit either the filing fee or the application required by

2   § 1915(a).   The clerk of the court is directed to mail to

3   plaintiff a form application for leave to proceed in forma

4   pauperis.   Failure to comply with this order will result in this

5   file being closed.

6        So ordered.

7        Dated:   January 24, 2006.

8                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
9                                    Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26