IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

       Plaintiff,                      No. CIV S-06-0040 FCD PAN P

    vs.

D.L. RUNNELS,

       Defendant.                 ORDER

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 29, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's April 13, 2006, request for an extension of time is granted; and

       2. Plaintiff is granted 30 days from the date of this order to file an amended complaint.

DATED: April 19, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/004
elli0040.36