IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

        Plaintiff,                       No. CIV S-06-0040 FCD PAN P

    vs.

D. L. RUNNELS, et al.,

        Defendants.               ORDER

/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983. On March 29, 2006, the court dismissed plaintiff's complaint for failure to state a claim and gave plaintiff 30 days to file a first-amended complaint. On April 20, 2006, the court gave plaintiff an additional 30 days.

        On May 4, 2006, plaintiff filed a document styled "Objections," in which he argues the court should not have dismissed his complaint because his rights were violated as alleged therein.

        In order to proceed, plaintiff must file an amended complaint  Plaintiff's amended complaint must contain all claims against all defendants because it will supersede the prior complaint, which will be treated as nonexistent. <u>Bullen v. De Bretteville</u>, 239 F.2d 824 (9th Cir. 1956), <u>cert. denied sub nom</u>. <u>Treasure Co. v. Bullen</u>, 353 U.S. 947 (1957).

Accordingly, IT IS HEREBY ORDERED plaintiff's May 4, 2006, objections are overruled. Plaintiff has 30 days from the date of this order to file a first-amended complaint. Failure to do so will result in a recommendation that this action be dismissed for failure to state a claim upon which relief can be granted.

DATED: May 17, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\elli0040.order