IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

        Plaintiff,                      No. CIV S-06-0040 FCD EFB P

    vs.

D.L. RUNNELS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 27, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.[1]

        The court has reviewed the file and finds the findings and recommendations to be

---

[1] On April 19, 2007, plaintiff filed a letter explaining that he was filing an application for leave to proceed *in forma pauperis*. Plaintiff does not therein object to the findings and recommendations.

1

1 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
2 ORDERED that:
3     1. The findings and recommendations filed March 27, 2007, are adopted in full;
4 and
5     2. This action is dismissed for plaintiff's failure to state a claim. *See* 28 U.S.C.
6 § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner
7 proceeding without counsel must be given leave to file amended complaint unless the court can
8 rule out any possibility that the plaintiff could state a claim).
9 DATED: May 15, 2007.

            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE