IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

      Plaintiff,                    No. CIV S-06-0040 FCD EFB P

      vs.

D. L. RUNNELS,

      Defendant.              <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 16, 2007, the court found that plaintiff's June 12, 2006 amended complaint did not state a claim for relief and dismissed this action. The Clerk of the Court duly entered judgment. Plaintiff has filed a document styled, "Objections to the Dismissal of Civil Complaint," which the court construes as a request for relief from judgment.

      Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

1   Plaintiff asserts that on April 8, 2007, he submitted to the court an "order to state claim,"
2   which this court never received.  He asserts that he submitted this document again with his
3   request for relief from judgment.  The court has not received such a document, and plaintiff does
4   not shed any light on the substance of the document.  Plaintiff does not demonstrate he is entitled
5   to relief from judgment.
6   Accordingly, plaintiff's May 30, 2007, request is denied.
7   So ordered.
8   Dated: July 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE